Peter L. Carr, IV (SBN 256104)
Na'Shaun L. Neal (SBN 284280)
**PLC LAW GROUP, APC**
3756 Santa Rosalia Dr., Suite 326
Los Angeles, CA 90008
Telephone: (310) 400-5890
Facsimile: (310) 400-5895
pcarr@theplclawgroup.com
nneal@theplclawgroup.com
Attorneys for Plaintiff,
**J.B., a Minor, by and through his**
**Guardian Ad Litem, ROSE ESPARAZA**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B., a Minor, by and through his Guardian Ad Litem, ROSE ESPARAZA,<br><br>     Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES and DOES 1 through 50 inclusive,<br><br>     Defendants. | Case No.: 2:19-cv-10607<br><br>**PLAINTIFF'S APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Applicant Rose Esparaza hereby files this Application and Order for Appointment of Guardian Ad Litem, by and through their counsel of record, Peter L. Carr and Na'Shaun Neal of **PLC LAW GROUP, APC:**

---

1
PLAINTIFF'S APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM

1. Applicant: Rose Esparaza is the biological mother and legal guardian of minor J.B. Ms. Esparaza has legal custody of minor J.B.

2. This application seeks the appointment of the following person as Guardian Ad Litem:

    Rose Esparaza

3. The Guardian Ad Litem is to represent the interests of the following:

    minor, J.B. who was born on July 16, 2003.

4. The Court should appoint a Guardian Ad Litem because the person named in item #3 has causes of action on which suit should be brought. Minor J.B. has filed a lawsuit alleging civil rights violations, including but not limited to excessive force, unlawful arrest and inadequate medical care suffered by J.B. as a result of Los Angeles Sheriff's Department Deputies' actions and inactions.

5. The appointment of a Guardian Ad Litem is necessary because said person is minor.

6. The proposed Guardian Ad Litem's relationship to the minor will be representing him as follows: biological mother and legal guardian.

///

///

///

7. The proposed Guardian Ad Litem is fully competent and qualified to understand and protect the rights of the minor. She will represent the minor and has no interests adverse to the interests of the minor.

December 16, 2019                   /s/ Na'Shaun L. Neal
                                    _____
                                    Na'Shaun L. Neal
                                    Attorney for Plaintiff J.B., a minor
                                    by and through her Guardian Ad
                                    Litem, Rose Esparaza

## VERIFICATION

I, Rose Esparaza, am the mother of the Plaintiff in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said application is true of my own knowledge, except as to those matters which are presented on an information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

November 7, 2019
                                    _____
                                    Rose Esparaza

## CONSENT OF APPOINTMENT

I hereby consent to act as guardian ad litem for the minor J.B.

November 7, 2019
                                    _____
                                    Rose Esparaza

3
PLAINTIFF'S APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM