PETER L. CARR, IV (SBN 256104)
NA'SHAUN L. NEAL  (SBN 284280)
**PLC LAW GROUP, APC**
3756 SANTA ROSALIA DR., SUITE 326
LOS ANGELES, CA 90008
TELEPHONE: (310) 400-5890
FACSIMILE:  (310) 400-5895
pcarr@theplclawgroup.com
nneal@theplclawgroup.com
Attorneys for Plaintiff,
**J.B., a Minor, by and through his
Guardian Ad Litem, ROSE ESPARAZA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B., a Minor, by and through his Guardian Ad Litem, ROSE ESPARAZA,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF LOS ANGELES and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: 2:19-cv-10607<br><br>**DECLARTION OF NA'SHAUN NEAL, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENT UNDER SEAL** |

I, Na'Shaun Lamar Neal, declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto. I am attorney at law duly licensed to practice before this Court and all the courts in the State of California. I am attorney at the law firm of PLC

Law Group, APC, attorneys for Rose Esparaza as Guardian Ad Litem for J.B., a minor, in *J.B. v. County of Los Angeles, et al.*, 2:19-cv-10607, in the United States District Court for the Central District of California.

2. On July 16, 2003, minor J.B. was born to Rose Esparaza. A true and correct copy of minor J.B.'s, birth certificate is attached as Exhibit A to this declaration. This document contains identifying information to the minor J.B. The document cannot be redacted to protect the minor's identity.

December 16, 2019        */s/ Na'Shaun L. Neal*

                                         Na'Shaun L. Neal
                                         Attorney for Plaintiff J.B., a minor by and through her Guardian Ad Litem, Rose Esparaza