JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B., a Minor, by and through his Guardian Ad Litem, ROSE ESPARAZA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:19-CV-10607-FMO (PLAx)<br><br>**ORDER GRANTING DISMISAL OF THE ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that pursuant to the Stipulation of the parties and Federal Rules of Civil Procedure, Rule 41 (a)(2) the above entitled action is hereby dismissed in its entirety, with prejudice, as against all Defendants including their past, present, and future officers, supervisors, directors, attorneys, employees, agents, employees, subordinates, predecessors, successors-in-interest, assigns, and all other persons, firms, or

-1-

corporations with whom any Defendants are now, have been, or may hereafter be affiliated.

**IT IS FURTHER ORDERED** that each party waives all claims for attorney's fees and costs under 42 U.S.C. § 1988, and any other provision of law.

**IT IS SO ORDERED.**

DATED: August 19, 2021

/s/
_____
HONORABLE FERNADO M. OLGUIN
UNITED STATES DISTRICT JUDGE